THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILBERT O. CAMERON, Appellant, v DORA B. SCHIRRO et al., Respondents.

Submitted December 20, 2010; decided February 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.